UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Garnishor, | ) | |
| | ) | |
| vs. | ) | Case No. CR-07-211-C |
| | ) | |
| ROBERT TABOR, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CHEYENNE-ARAPAHO TRIBE, and its successors or assigns, | ) ) | |
| | ) | |
| Garnishee. | ) | |

## ORDER FOR DISPOSITION OF GARNISHED FUNDS

The United States of America caused a Writ of Garnishment to be issued to Cheyenne-Arapaho Tribe, on July 23, 2008 (Doc. 63). On July 31, 2008, Garnishee filed an Answer (Doc. 68). Magistrate Judge Roberts entered a Report and Recommendation on August 29, 2008, recommending relief be granted as requested. No objection has been filed. The Report and Recommendation is therefore adopted.

Garnishee is ordered to disburse all non-exempt monies and property of Defendant withheld since the date of service of the Writ and make all future payments and monies withheld under the continuing Writ payable to the U.S. District Court Clerk, U.S. Courthouse, 200 N.W. 4th, Suite 1210, Oklahoma City, OK 73102.

In response to the Writ, Garnishee has submitted payments to the Court's registry deposit fund. The Court hereby directs the Court Clerk to disburse any funds paid into the Court's registry by Garnishee to the United States.

IT IS SO ORDERED this 7th day of October, 2008.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge